In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-140 CR


____________________



MICHAEL EUGENE POTTS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 410th District Court


Montgomery County, Texas


Trial Cause No. 06-04-03289-CR






 MEMORANDUM OPINION 


 Michael Eugene Potts was convicted and sentenced on an indictment for theft. Potts
filed a notice of appeal on February 26, 2007. The trial court entered a certification of the
defendant's right to appeal in which the court certified that this is a plea-bargain case and the
defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's
certification has been provided to the Court of Appeals by the district clerk.


 On March 8, 2007, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 

 HOLLIS HORTON

 Justice

 


Opinion Delivered May 9, 2007

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.